No. 11–8152. GIBSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–8153. WESTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8157. YOUNG v. TROMBLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8158. RANDOLPH v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8162. RASCON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–8163. REID v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 11–8164. COLE v. MONTES ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 11–8165. EARL v. ROY, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 11–8175. SALAAM, AKA BELL v. TAYLOR ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8229. SMITH v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–8231. WITHERSPOON v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8241. BROWN v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8243. LYONS v. BRANDLY ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–8252. CHASE v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. C. A. 4th Cir. Certiorari denied.